UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

  -against-

RICHARD STRESE,

                      Defendant.
----------------------------------------------------------X

07 CR 124 (NG) (JO)

ORDER

**GERSHON, United States District Judge:**

On April 23, 2007, defendant Richard Strese filed a motion to suppress evidence. By Report and Recommendation dated August 8, 2007, Magistrate Judge James Orenstein recommended that Mr. Strese's motion to suppress be denied. No objections having been filed to Judge Orenstein's Report and Recommendation, the defendant's motion to suppress is denied.

                                                  **SO ORDERED.**

                                                  s/NG

                                                  _____
                                                  **NINA GERSHON**
                                                  **United States District Judge**

Dated: Brooklyn, New York
         September __, 2007